UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LARA LEIGH O'NEAL, | § |
| **Plaintiff,** | § |
| v. | § CASE NO. 1:25-CV-534-ADA-ML |
| SELECT PORTFOLIO SERVICING, INC. et al., | § |
| **Defendants.** | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. ECF No. 34. The report recommends that this Court dismiss with prejudice Defendants Grant Tabor; A+ Mobile Homes; Fleetwood Homes of Texas, L.P.; Sandy White; Penny Starzyk; Does 1-50; Hinshaw and Culbertson LLP; C. Charles Townsend; Walter McInnis; Brandon B. Wolf; Jerry Seacrest; Thomas C. Baird; Justin Ringstaff; LOGS Legal Group; Ronny George; MWZM; Karla Balli; and Ester Gonzalez. *Id.* at 11. The report further recommends that the Court dismiss with prejudice Plaintiff's claims under FDCPA, fraud, good faith and fair dealing, intentional infliction of emotional distress, unjust enrichment, breach of fiduciary duty, abuse of process, and negligence. *Id.* at 11–12. The report and recommendation was filed on October 28, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed.

R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). The district court may decline a party's request to hear new evidence not before the Magistrate Judge. Fed. R. Civ. P. 72(b)(3).

Plaintiff filed objections on November 12, 2025. ECF No. 48. The Court has conducted a *de novo* review of Plaintiff's Complaint, Defendant's Motion, all related briefing and exhibits, Plaintiff's objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.[1]

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Mark Lane (ECF No. 34) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that claims against Defendants Grant Tabor; A+ Mobile Homes; Fleetwood Homes of Texas, L.P.; Sandy White; Penny Starzyk; Does 1-50; Hinshaw and Culbertson LLP; C. Charles Townsend; Walter McInnis; Brandon B. Wolf; Jerry Seacrest; Thomas C. Baird; Justin Ringstaff; LOGS Legal Group; Ronny George; MWZM; Karla Balli; and Ester Gonzalez are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims under FDCPA, fraud, good faith and fair dealing, intentional infliction of emotional distress, unjust enrichment, breach of fiduciary duty, abuse of process, and negligence are **DISMISSED WITH PREJUDICE**.

---

[1] ECF No. 31 is the operative complaint, as leave has not been granted to file a third amended complaint. ECF No. 51 at 7.

**SIGNED** this 5th day of January, 2026.

                                          **ALAN D ALBRIGHT**
                                          **UNITED STATES DISTRICT JUDGE**