**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LARA LEIGH O'NEAL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 1:25-CV-0534-ADA-ML |
| | § | |
| SELECT PORTFOLIO SERVICING, INC. et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Lane. ECF No. 80. The report recommends that this Court **GRANT** SPS's Motion to Dismiss (Dkt. 32), Chase's Motion to Dismiss (Dkt. 63), and DBNTC's Motion to Dismiss (Dkt. 73) to the extent it joins SPS's Motion to Dismiss and be **DISMISSED WITHOUT PREJUDICE** in all other respects. The report further recommended the following claims be **DISMISSED WITH PREJUDICE** against all Defendants (pursuant to Rule 12(b)(6) and/or 28 U.S.C. § 1915(e)) for failure to state a claim: RICO, Quiet Title, RESPA, TILA, Breach of Contract, Attempted Wrongful Foreclosure, Slander of Title, and Defamation of Credit. The report further recommends that the remaining claims be **DISMISSED WITHOUT PREJUDICE** against all Defendants (pursuant to Rule 12(b)(6) and/or 28 U.S.C. § 1915(e)) for lack of ripeness or failure to state a claim: Wrongful Foreclosure and Declaratory/Injunctive Relief. Specifically, the report recommends that O'Neal's claims against SPS, Chase, and DBNTC be dismissed pursuant to Rule 12(b)(6), and O'Neal's claims against Angela Zavala, Long Beach Mortgage Company, Centraland Title Company, Bluebonnet Mortgage, Inc., AVT Title Services LLC, Texas American

Title Company, and First American Title Company shall be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e) for failure to state a claim. As O'Neal has already amended her complaint multiple times, the report further recommended **DENYING** leave to amend.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections. ECF No. 86. The Court has conducted a *de novo* review of the complaint, the motions to dismiss and all related briefing, the report and recommendation, the objections to the report and recommendation, the responses thereto, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (ECF No. 80) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

The Court **ORDERS** the claims disposed of as discussed in the beginning of this order. All other motions are **DENIED AS MOOT**.  The case is **CLOSED**.

**SIGNED** 07/13/2026.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**